≋AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
         Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| Alan S. Levin | Case No.  CR09-0978 BZ |
|  | USM No. |
|  | Alan S. Levin (Pro Se) |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 CFR §1002.15(a)(2) | Failing to Restrain Pet | 11/13/2009 | One |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total:** | $ 10.00 | $ 100.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  XXXX

Defendant's Year of Birth: 1938

City and State of Defendant's Residence:
San Franciso, CA

11/13/2009
Date of Imposition of Judgment

_____
Signature of Judge

Hon. Bernard Zimmerman    U.S. Magistrate Judge
Name and Title of Judge

13 Nov 09
Date